No. 10–6227. WILLIAMS, AKA MCCARTHY v. ZAVARES, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–6262. MCMILLON v. CULLEY, SUPERINTENDENT, LIVINGSTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–6270. TURNER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–6276. MCCLELLAN v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–6279. CRAIG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6285. KRAY v. GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6336. MEARIDY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–6338. CONTRERAS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–6378. GONZALEZ-HURTADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6399. WARREN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6401. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6402. ASHLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6405. WATTERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6407. LEWIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6408. PARKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.